**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRENCE L. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER WILSON, et al.,<br><br>        Defendants. | No. CV 08-3835-SGL(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing this action, without prejudice, for failure to prosecute and for reasons discussed in the Memorandum and Order filed July 1, 2008.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:  September 4, 2008

_____
STEPHEN G. LARSON
United States District Judge