**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TERRENCE L. WILLIAMS,            )      No. CV 08-3835-SGL(CW)
                                 )
                Plaintiff,       )      JUDGMENT
                                 )
          v.                     )
                                 )
OFFICER WILSON, et al.,          )
                                 )
                Defendants.      )
_____)

     **IT IS ADJUDGED** that this action is dismissed without prejudice.


DATED:      September 4, 2008

                                        _____
                                              STEPHEN G. LARSON
                                        United States District Judge

1